## INITIAL CONFERENCE QUESTIONNAIRE

**CASE NAME:** _____Weill v. LTD_____          **DOCKET NO.:** __14 CV 5342 (FB) (RML)__

1.  Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: _____January 22, 2015_____

2.  If additional interrogatories beyond the 25 permitted under Rule 33(a) of the Federal Rules of Civil Procedure are needed, the maximum number by:
    plaintiff(s) __0__ and defendant(s) __0__

3.  Maximum number of requests for admission by: plaintiff(s) __20__ and defendant(s) __20__

4.  Number of depositions by plaintiff(s) of: parties __1__ non-parties __1__

5.  Number of depositions by defendant(s) of: parties __1__ non-parties __1__

6.  Time limits for depositions: _____4 hours_____

7.  Date for completion of factual discovery: _____June 15, 2015_____

8.  Number of expert witnesses of plaintiff(s): __0__ medical __0__ non-medical

    Date for expert report(s): _____

9.  Number of expert witnesses of defendant(s): __0__ medical __0__ non-medical

    Date for expert report(s): _____

10. Date for completion of expert discovery: _____

11. Time for amendment of the pleadings by plaintiff(s) __March 15, 2015__
    or by defendant(s) __April 5, 2015__

12. Number of proposed additional parties to be joined by plaintiff(s) __?__ and by defendant(s) __0__ and time for completion of joinder: __March 15, 2015__

13. Types of contemplated dispositive motions:  plaintiff(s): _____Rule 23 and 56_____
                                                 defendant(s): _____Rule 56_____

14. Dates for filing contemplated dispositive motions:  plaintiff(s): __June 30, 2015__
                                                        defendant(s): __June 30, 2015__

15. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference. Will preserve compliance documents and class list

16.     Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636? (Answer
        no if any party declines to consent without indicating which party has declined.)
                Yes ___   No X

17.     This case should be ordered to arbitration at the close of discovery ___No___ (yes/no)

18.     This case should be ordered to mediation (now or at a later date) ___No___ (yes/no)
        (Prior to the Initial Conference, counsel shall discuss with their clients and their adversaries whether arbitration
        or mediation is appropriate in this case and be prepared to explain their reasons to the court)

_____

* The fillable consent form AO 85 may be found at
https://www.nyed.uscourts.gov/forms/all-forms/general forms and may be filed electronically upon
completion prior to the initial conference, or brought to the initial conference and presented to the
Court for processing.